berger and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.

Isaac Polstein, Appellant, v. General Accident, Fire and Life Assurance Corporation, Ltd., Respondent.— Determination and judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.

Charlotte Andrews, an Infant, etc., Respondent, v. James C. Fargo, as President, etc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.

The People of the State of New York, Respondent, v. Max Minsky, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.

Samuel U. Tilton and Another, Copartners, etc., Respondents, v. Putnam-Hooker Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith, and Davis, JJ.

John W. Sterling, as Substituted Trustee, etc., Respondent, v. Walter A. Wells, Appellant, Impleaded with Others.— Orders affirmed, with ten dollars costs and disbursements, and stay vacated. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

The People of the State of New York ex rel. William J. Shearer, Appellant, v. Michael F. Blake and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Alexander Herz, Appellant, v. Simon Custen and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

In the Matter of Edward J. Knapp.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Edward Walsh and Another, as Administrators, etc., Respondents, v. The East River Savings Institution, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Elizabeth Agminas, Widow of Francis Agminas, Deceased, Appellant, v. Wilkes-Barre Colliery Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

Marion J. Barkley, Appellant, v. J. Fred Pierson, Jr., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Smith and Page, JJ.

In the Matter of the Application of the Uvalde Contracting Company, Appellant, for a Writ of Mandamus against Douglas Mathewson, as President of the Borough of The Bronx of the City of New York, and Another,